UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

KAREN BROYLES, individually and on behalf of others similarly situated,

    Plaintiff,

v.    Case No. 2:20-cv-00245

RAGINGBULL.COM, LLC,

    Defendant.

### MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for RAGINGBULL.COM, LLC, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Florida

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 14, 2021

_____
(Signature–hand signed)

Name: Stephanie Peral
Firm: Greenberg Traurig, P.A.
Address:
    333 SE 2nd Avenue, Suite 4400, Miami, FL 33131

Email address: perals@gtlaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.