# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| **KAREN BROYLES,** individually and on behalf of others similarly situated, ) ) | |
| Plaintiff, ) ) | No. 2:20-cv-00245 |
| vs. ) ) | CORKER/WYRICK |
| **RAGINGBULL.COM, LLC,** ) ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## FOR INTERVENOR PETER KEITH, ESQ.

Come now the undersigned counsel, who have previously appeared as counsel of record for non-party and potential intervenor Peter Keith, Esq., in his capacity as the Court-Appointed Receiver for Defendant RagingBull.com, LLC ("Mr. Keith"), and respectfully move this Court pursuant to Local Rule 83.4 for leave to withdraw as counsel of record for Mr. Keith in this Action. As grounds for this Motion, undersigned counsel state as follows:

1. On January 8, 2021, non-party Mr. Keith, through undersigned counsel, filed a Motion to Intervene and to Stay Proceedings (the "Motion"). Mr. Keith's appearance and intervention were premised on his appointment as temporary receiver for Defendant RagingBull.com, LLC ("RagingBull.com") pursuant to a Temporary Restraining Order entered by the United States District Court for the District of Maryland in ancillary litigation between RagingBull.com and the Federal Trade Commission.

2. As set forth in the contemporaneously filed Notice Striking Peter Keith Esq.'s Motion to Intervene and to Stay Proceedings, Mr. Keith is no longer the Court-appointed

temporary receiver for Defendant RagingBull.com, LLC and is no longer authorized to intervene in this Action.

3. Withdrawal of undersigned counsel is mandated by Court Order. On March 26, 2021, the United States District Court for the District of Maryland entered an Order, attached as **Exhibit A**, which obligates Mr. Keith – and by extension, his counsel – to "withdraw from and relinquish control of any legal action in state, federal or foreign courts or arbitration proceedings that the Temporary Receiver instituted, compromised, adjusted, appeared in, intervened in, defended, disposed of, or otherwise became party to pursuant to Section XIV(M) of the TRO."

4. Additionally, withdrawal of undersigned counsel will not prejudice any party to this Action. As mentioned above, Mr. Keith is not yet a party to the Action because no ruling has been made by the Court regarding his Motion or right to intervene. Consequently, withdrawal of undersigned counsel will not leave any party to this Action unrepresented.

WHEREFORE, based on the foregoing, undersigned counsel for Peter Keith, Esq., in his capacity as Court-appointed Receiver of Defendant RagingBull.com, LLC, respectfully move this Court for an Order allowing them to withdraw as counsel of record in this Action.

Dated this 29th day of March, 2021.

    Respectfully submitted,

    BAKER DONELSON BEARMAN,
    CALDWELL BERKOWITZ, P.C.

    */s/ Christopher E. Thorsen*
    Christopher E. Thorsen (#021049)
    1600 West End Avenue, Suite 2000
    Nashville, TN 37203
    (615) 726-5600
    (615) 726-0464 (facsimile)
    cthorsen@bakerdonelson.com

2

Case 2:20-cv-00245-DCLC-CRW   Document 40   Filed 03/29/21   Page 2 of 3   PageID #: 251

Nicholas W. Diegel (#034211)
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
(865) 549-7000
(865) 525-8569 (facsimile)
ndiegel@bakerdonelson.com

Meghan K. Casey (*admitted pro hac vice*)
Mark S. Saudek (*admitted pro hac vice*)
Gallagher Evelius & Jones LLP
218 N. Charles Street, Suite 400
Baltimore, MD  21201
(410) 727-7702
(410) 468-2786 (facsimile)
mcasey@gejlaw.com
msaudek@gejlaw.com

*Attorneys for Intervenor Peter Keith, Esq.,
in his capacity as Court-appointed Receiver
of RagingBull.com, LLC*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2021, a true and exact copy of the foregoing **Motion to Withdraw as Counsel of Record for Intervenor Peter Keith, Esq.** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail or by hand delivery. Parties may access this filing through the Court's electronic filing system.

*s/ Christopher E. Thorsen*
Christopher E. Thorsen