UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| KAREN BROYLES et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>RAGINGBULL.COM, LLC, )<br>)<br>Defendant. )<br>) | 2:20-CV-245 |

## ORDER

Proposed Intervenor Peter Keith, Esq., in his capacity as the Court-Appointed Receiver for Defendant, filed a Notice [Doc. 39] requesting his Motion to Intervene and to Stay Proceedings [Doc. 21] be withdrawn or stricken as required by an Order entered by the United States District Court for the District of Maryland directing that he cease participation and involvement in any legal action initiated pursuant to his temporary receivership of RagingBull.com [Doc. 39-1]. Proposed Intervenor's request to withdraw his Motion is **GRANTED** and the Motion to Intervene and Stay Proceedings [Doc. 21] is deemed **WITHDRAWN**.

Proposed Intervenor's Counsel of Record, Christopher E. Thorsen, Nicholas W. Diegel, the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz PC, Meghan K. Casey, Mark S. Saudek, and the law firm Gallagher Evelius & Jones LLP, filed a Motion to Withdraw as Attorney [Doc. 40], pursuant to Local Rule 83.4. Given that Proposed Intervenor has been permitted to withdraw his request to intervene, the Motion [Doc. 40] is **GRANTED** it is hereby **ORDERED** that his counsel of record are permitted to withdraw and are relieved of further obligation in this matter.

SO ORDERED:

s/Cynthia Richardson Wyrick
United States Magistrate Judge