# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# GREENVILLE DIVISION

| | |
|---|---|
| **KAREN BROYLES,** individually and on behalf of others similarly situated, | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 2:20-cv-00245-DCLC-CRW ) |
| **RAGINGBULL.COM, LLC,** a Delaware company | ) **JURY TRIAL DEMANDED** ) ) |
| **Defendant.** | ) |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff KAREN BROYLES and Defendant RAGINGBULL.COM, LLC, hereby jointly stipulate to the entry of a Final Order of Dismissal With Prejudice as follows and request the Court to enter the Final Order of Voluntary Dismissal With Prejudice:

1. This action, and all individual claims that were or could have been brought by Plaintiff, is dismissed with prejudice, and without prejudice to any other putative class member.

2. The Parties shall bear their own attorneys' fees and costs.

WHEREFORE, the Parties respectfully request the Court to enter the Final Order of Voluntary Dismissal With Prejudice.

1

Dated: February 9, 2022                      Respectfully submitted,

                                                          */s/ Stephanie Peral*
Catherine Hope Molloy
Tennessee BPR # 026877
**GREENBERG TRAURIG P.A.**
101 E. Kennedy Boulevard Suite 1900
Tampa, Florida 33602
Tel: (813) 318-5710
Email: molloyk@gtlaw.com
David G. Thomas
MA BBO# 640854
**GREENBERG TRAURIG, LLP**
One International Place
Suite 2000
Boston, Massachusetts 02110
Thomasda@gtlaw.com

Stephanie Peral
Florida Bar No. 119324
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue
Miami, Florida 33131
Perals@gtlaw.com

*Attorneys for Defendant*

*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar # 84382)
**KAUFMAN P.A.**
kaufman@kaufmanpa.com
237 S Dixie Hwy, 4th Flr
Coral Gables, FL 33133
(305) 469-5881

Joseph O. McAfee (Bar # 029291)
**McAfee & McAfee, PLLC**
joseph@mcafeeattorneys.com
100 West Summer Street
Greeneville, TN 37743
(423) 972-4391

2

Stefan Coleman (FL Bar # 30188)
**Law Offices of Stefan Coleman, P.A.**
law@stefancoleman.com
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
(877) 333-9427

*Attorneys for Plaintiff and the putative Class*